1 | DAVID W. GERMAN (SBN 252394)
NEWMAN.AARONSON.VANAMAN LLP
2 | 14001 Ventura Boulevard
Sherman Oaks, CA 91423
3 | Telephone: (818) 990-7722
Facsimile: (818) 501-1306
4 | Email: dgerman@navlaw.net

5 | Attorney for Plaintiff

6 | UNITED STATES DISTRICT COURT

7 | CENTRAL DISTRICT OF CALIFORNIA

| K.N., individually, and A.H., a minor, by and through his Guardian Ad Litem, K.N., | ) CASE NO. 2:17-cv-8024 |
|---|---|
| Plaintiffs, | ) Ex Parte Application to file Under Seal: |
| vs. | ) 1. Ex Parte Application for Appointment of Guardian Ad Litem; |
| Glendale Unified School District, a local educational agency, | ) 2. Memorandum of Points and Authorities in Support Thereof; and K.N. Consent to Serve; |
| Defendant. | ) 3. [proposed] Order Granting Application for Guardian Ad Litem. |

1
EX PARTE APPLICATION TO FILE GAL UNDER SEAL

## EX PARTE APPLICATION

Pursuant to Local Rule 79-5.2.2, Plaintiff's respectfully request permission to file under seal the following Documents:

1. Ex Parte Application for Appointment of Guardian Ad Litem;

2. Memorandum of Points and Authorities in Support Thereof and K.N. Consent to Serve; and

3. [proposed] Order Granting Application for Guardian Ad Litem.

These filings should be under seal because they contain the real name of Plaintiff A.H. and his mother, Plaintiff K.N.

A.H. is an nine-year-old boy with a disability who is proceeding on discrimination claims against his school district, Glendale Unified School District. If left unsealed, these documents will disclose the identity of Plaintiff.

There is good cause to seal this document because if the above mentioned filings are not put under seal, they will publicly identify A.H. and his parent and proposed guardian ad litem in contravention of Federal Rule of Civil Procedure 5.2(a)(3) which requires that minors be listed by their initials in court filings in order to protect their identity. Plaintiff has adhered to this rule in all other court filings.

Dated: November 2, 2017

Respectfully submitted,
NEWMAN.AARONSON.VANAMAN LLP

David German
Attorney for Petitioners