DAVID W. GERMAN (SBN 252394)
NEWMAN.AARONSON.VANAMAN LLP
14001 Ventura Boulevard
Sherman Oaks, CA 91423
Telephone: (818) 990-7722
Facsimile: (818) 501-1306
Email: dgerman@navlaw.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| K.N., individually, and A.H., a minor, by and through his Guardian Ad Litem, K.N., <br><br> Plaintiffs, <br><br> vs. <br><br> Glendale Unified School District, a local educational agency, <br><br> Defendant. | ) CASE NO. 2:17-cv-8024 <br> ) <br> ) Declaration of David German in <br> ) Support of Plaintiffs: <br> ) <br> ) 1. Ex Parte Application to file Under <br> ) Seal Plaintiffs' Ex Parte Application <br> ) for Appointment of Guardian Ad <br> ) Litem; and <br> ) <br> ) 2. Ex Parte Application for <br> ) Appointment of Guardian Ad Litem. <br> ) <br> ) Pursuant to Local Rule 7-19.1 |
|---|---|

1

LR 7-19.1 Dec. David W. German ISO Ex Parte Applications to Seal and for GAL.

## Declaration of David W. German

I, David W. German, declare that if called as a witness I could and would testify competently as follows:

1. I am an attorney licensed to practice law in the State of California. I am admitted to practice in the Central District of California and am counsel for Plaintiffs in this case.

2. I am familiar with the filings in this matter.

3. Plaintiffs will file two ex parte applications when they file this case:

   a. Ex Parte Application to file Under Seal Plaintiffs' Ex Parte Application for Appointment of Guardian Ad Litem; and

   b. Ex Parte Application for Appointment of Guardian Ad Litem.

4. I am familiar with Local Rule 7-19.1

5. I represented Plaintiffs in the administrative proceeding underlying this matter. Based on that proceeding, I am informed and believe that Defendant will be represented by:

Melissa Hatch

Hatch & Cesario

191 W. Wilbur Road, Suite 102

Thousand Oaks, CA 91360

Tel: (805) 639-0090

Fax: (805) 980-4218

melissa@hatchcesariolaw.com

6. At approximately 3:40 p.m. on November 2, 2017, I called Ms. Hatch on both her mobile phone and office phone. Her mobile phone did not pick up and I was unable to leave a message. When I called her office, her assistant stated that she was in a meeting. I advised her of our intent to file the ex parte applications described in paragraph 3 on the evening of November 2, 2017. She stated that she would immediately email Ms. Hatch with that information and inform her of my request to

LR 7-19.1 Dec. David W. German ISO Ex Parte Applications to Seal and for GAL

let me know of any objection to these filings.

7. At approximately 3:45 p.m. on November 2, 2017, I emailed Ms. Hatch, advising her of my intention to file the ex parte applications described in paragraph 3 on the evening of November 2, 2017. I requested that she contact me to let me know if her client had any objection to these filings.

8. At approximately 4:00 p.m., Ms. Hatch called me back. We discussed the motions and she said that she anticipated no objection from her client but that she would call me back if there was an issue. At 4:17 p.m. I received an email from Ms. Hatch's assistant confirming that Respondent District did not oppose the filing of these ex parte motions.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed November 2, 2017, in Sherman Oaks, California.

_David W. German_